No. 81–2408.   UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* FLOWERS ET AL.   C. A. 2d Cir. [Certiorari granted, *ante*, p. 1034.]   Motion of respondents for leave to proceed further herein *in forma pauperis* granted.

No. 82–131.   JONES & LAUGHLIN STEEL CORP. *v.* PFEIFER.   C. A. 3d Cir.   [Certiorari granted, *ante*, p. 821.] Motion of petitioner and *amici curiae* Alcoa Steamship Co., Inc., et al. for additional time for oral argument denied.   Motion of *amici curiae* Alcoa Steamship Co., Inc., et al. for divided argument denied.

No. 82–195.   MUELLER ET AL. *v.* ALLEN ET AL.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 820.]   Motion of United Americans for Public Schools for leave to file a brief as *amicus curiae* granted.

No. 82–5738.   IN RE KAHEY ET AL.   Petition for writ of habeas corpus denied.

No. 82–5606.   IN RE MAGEE.   Petition for writ of mandamus denied.

No. 82–695.   FRANCHISE TAX BOARD OF CALIFORNIA *v.* CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA ET AL.   Appeal from C. A. 9th Cir.   Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 82–5279.   DIXSON *v.* UNITED STATES; and

No. 82–5331.   HINTON *v.* UNITED STATES.   C. A. 7th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 683 F. 2d 195.